UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 24-08310-MWF (AGRx) | **Date:** December 19, 2024 |
| **Title:** R and R Surgical Institute v. Luminare Health Benefits, Inc. et al | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

On December 10, 2024, the Court entered an Order granting Plaintiff's Motion to Join Defendant and for Remand ("Prior Order"). (Docket No. 24). Pursuant to the Prior Order, on December 17, 2024, Plaintiff filed a First Amended Complaint ("FAC") joining a non-diverse defendant. (Docket No. 25). Upon the filing of the FAC, there is no longer complete diversity of citizenship between the parties, thereby divesting the Court of its jurisdiction pursuant to 28 U.S.C. § 1332(a).

Accordingly, the action is **REMANDED** and the Clerk of Court is **ORDERED** to return this action to the Superior Court of California for the County of Los Angeles.

IT IS SO ORDERED.